UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABIJAH SEANELL WILLIAMS, | NO. EDCV 09-00389 SVW (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| ANTHONY HEDGPETH, WARDEN and JERRY BROWN, et al., | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: December 8, 2009

_____
STEPHEN V. WILSON
United States District Judge